1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON D. SMITH,                    )
                                   )
            Plaintiff,             )    C08-0789RSL
                                   )
      v.                           )
                                   )    ORDER GRANTING THE
CHARLES D. NAGEL, M.D. and         )    PARTIES' MOTION FOR A
THE UNITED STATES OF AMERICA,      )    STAY OF PENDING DISPOSITIVE
                                   )    MOTIONS
            Defendants.            )
                                   )
_____)

       This matter comes before the Court on a joint motion for a stay filed by plaintiff and the

United States of America based on their current settlement negotiations.  The Court appreciates

the notification of the parties' pending settlement negotiations, which assists in preserving

judicial resources.  Upon consideration of the Joint Motion of Federal Defendant United States

of America and Plaintiff Jason Smith for Stay, it is hereby:

       ORDERED that the Joint Motion of Federal Defendant United States of America and

Plaintiff Jason Smith for Stay (Dkt. #47) is GRANTED for the reasons set forth in the parties'

motion.  The discovery deadline is extended until April 24, 2009 to allow the parties to complete

two additional depositions.  At the parties' request, the United States' cross motion for partial

summary judgment (Dkt. #42) is renoted for April 17, 2009.  Resolution of plaintiff's motion for

partial summary judgment (Dkt. #39) is stayed pending the parties' settlement negotiations.  If

the parties do not settle this case, they should promptly file a joint status report requesting that

ORDER GRANTING MOTION
FOR A STAY - 1

1  the Court consider the pending motions.

2

3      DATED this 9th day of March, 2009.

4

5                              _MM S Lasnik_

6                              Robert S. Lasnik
                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28