Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON D. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES D. NAGEL, M.D., <br> and THE UNITED STATES OF AMERICA, <br><br> Defendants. | C08-0789RSL <br><br> MOTION AND ORDER FOR LEAVE TO FILE UNDER SEAL <br><br> Noted on Motions Calendar: <br> March 26, 2009 |

Federal Defendant United States of America, by and through its undersigned counsel, hereby respectfully moves pursuant to Local Civil Rule 5(g) for leave to file under seal Attachments A - D to the Affidavit of Margaret Ogden, which affidavit was filed on March 16, 2009 in support of the United States' Reply to the plaintiff's Response to Motion for Leave to File Motion to Dismiss. Leave is sought herein out of an abundance of caution to avoid inadvertent disclosure of material that might conceivably be considered personal or confidential.

Motion to File Under Seal - 1
C08-0789 RSL

DATED this 17th day of March, 2009.

> Respectfully submitted,
>
> JEFFREY C. SULLIVAN
> UNITED STATES ATTORNEY
>
> s/Patricia D. Gugin
> PATRICIA D. GUGIN, PABA #54927
> Assistant United States Attorney
> 1201 Pacific Avenue, Ste. 700
> Tacoma, Washington 98402
> Phone: 253-428-3832
> Fax: 253-428-3826
> E-mail: pat.gugin@usdoj.gov

## ORDER

ORDERED that the Motion to File under Seal Attachments A-D of Affidavit of Margaret Ogden is granted for the reasons set forth in the Motion.

So ORDERED this 30th day of March, 2009.

*[signature]*
Robert S. Lasnik
United States District Judge